UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| ARLIN SABILLON PINEDA ISAI, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3:26-CV-00254-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL OLSON, | ) | **ORDER REMANDING HEARING** |
| Field Office Director, Chicago Field | ) | |
| Office, Immigration and Customs | ) | |
| Enforcement in his official capacity, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Status Report. [R. 7]. In their Report, the parties advise that the hearing can be waived as "[t]he Parties agree to submit this for decision on the briefs pursuant to the briefing schedule contained in the Court's order." *Id.* at 1. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The **Hearing** scheduled for Friday, April 17, 2026, is **REMANDED** from the Court's docket.

3. As previously ordered, [R. 5], Petitioner **SHALL** file his reply **by no later than Thursday, April 16, 2026**.

This the 14th day of April, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:      Counsel of Record